IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 99-14-004 JJF |
| LEROY TURNER, JR., | : |
| Defendant. | : |

### O R D E R

WHEREAS, on July 7, 1999 the above Defendant was sentenced by the Court.

WHEREAS, on May 23, 2005, the United States Court of Appeals for the Third Circuit ordered the defendant to be resentenced in accordance with *Booker* (D.I. 148 );

IT IS HEREBY ORDERED that Defendant's resentencing will be held on **Monday, July 11, 2005 at 10:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.

May 31, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE